```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

SUZAN VANDERMARK
                                              Plaintiff,
        -v.-
                                                    Civil Action No.
                                                    3:13-cv-1467 (GLS/ESH)

CAROLYN W. COLVIN,
Commissioner of Social Security

                                              Defendant.
--------------------------------------------------------------------------------
```

APPEARANCES:                          OF COUNSEL:

**FOR THE PLAINTIFF:**

Lachman, Gorton Law Firm              PETER A. GORTON, ESQ.
P.O. Box 89
1500 East Main Street
Endicott, New York 13761-0089

**FOR THE DEFENDANT:**

Social Security Administration        PETER W. JEWETT, ESQ.
Office of Regional General Counsel    JOANNE JACKSON PENGELLY,
Region II                             ESQ.
26 Federal Plaza - Room 3904
New York, New York 10278

GARY L. SHARPE,
CHIEF JUDGE

# **ORDER**

The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Earl S. Hines, duly filed January 7,

2015. Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Earl S. Hines filed January 7, 2015 (Dkt. No. 17) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that the Commissioner's decision denying benefits during a period commencing August 15, 2005, and continuing through May 18, 2010, which is supported by substantial evidence and based on application of correct principles of law is AFFIRMED and Vandermark's complaint (Dkt. No. 1) is DISMISSED; and it is further

ORDERED that the Clerk close this case and provide a copy of this Order to the parties in accordance to the local rules.

IT IS SO ORDERED.

Dated: March 11, 2015
        Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court